AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

**FILED**
MAY 17 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Jhan Carlos Fernandez
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-24-CV-0003 AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

It is hereby ORDERED that the Motion for Extension of Time (ECF No. 19) and the Motion to Proceed in Forma Pauperis (ECF No. 20) are DENIED. It is further ORDERED that the Plaintiff's case is DISMISSED WITH PREJUDICE.

5/17/24
Date

Philip J. Devlin
Clerk

(By) Deputy Clerk